**12 CV 01767**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMA KETTER B&C# 349-12-00552
125 White st. (MDC)
New York, N.Y. 10013

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Police Officer John Doe Shield # N/A
at the 76th Precint.
Depatment Of Corrections

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

MAR - 7 2012
PRO SE OFFICE

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
*(check one)*

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name   UMA KETTER
ID #   349-12-00552
Current Institution   Manhattan Detention Complex
Address   125 White street
          New York, N.Y. 10013

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2007*

1

Defendant No. 1  Name __John Doe__  Shield # __N/A__
Where Currently Employed __76th Precinct__
Address __191 Union street__
__Brooklyn, N.Y. 11231__

Defendant No. 2  Name __Department Of Corrections__  Shield # __N/A__
Where Currently Employed __Rikers Island__
Address __15-15 Hazen street (c-73 GMDC)__
__East Elmhurst, N.Y. 11370__

Defendant No. 3  Name ____  Shield # ____
Where Currently Employed ____
Address ____

Defendant No. 4  Name ____  Shield # ____
Where Currently Employed ____
Address ____

Defendant No. 5  Name ____  Shield # ____
Where Currently Employed ____
Address ____

## II.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? ____

B.   Where in the institution did the events giving rise to your claim(s) occur? ____

C.   What date and approximate time did the events giving rise to your claim(s) occur? ____

D.   Facts:

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes **X**   No ___

Rev. 05/2007                                      3

D. FACTS:

I UMA KETTER was arrested on April 26th, 2011 when i turned my self in to a detective at the 76th precint for attempt assault, i made bail on the 27th of April 2011 and was release from Rikers Island the next day April 28th, 2011.

Soon as i got home that morning (4-28-11) police officer John Doe Shield # N/A a black male about 190-205 pounds, 5,9- 5,10 at height and wears a light hair cut, and was working at the 76th pct. at the time of the arrest. My parole officer Mark Liff Shield # N/A from Brooklyn 3 division of parole came to my home wite the police officer, police officer John Doe arrested me for an active order of protection and my parole officer violated me for the same charges that the police arrested me for.

When july 2011 came all criminal charges were dismiss in the county of kings criminal court. Then parolle tried to make me take a 15 month violation, i told them that i was innocent and showed them my disposition and they act as if it didnt mean anything, so i contested the parole final hearing and won. All charges were dismiss and the warrant was lifted a whole 4 months later after the criminal charges were dismiss in july and i was release November 22nd, 2011.

My mother Angie Ketter , my uncle David Madison and my friend Raheem Clark saw everything that happened that morning at my apartment and those are my witnesses.

Ive lost my job, my car , removal of school, property lost, lost wages, damages, pain and suffering to me and my family. Lots of money went to lawyers, commissary, phone calls, bail, and due to me being in jail cause my girlfriend and i to split from our relationship.

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Rikers Island 15-15 Hazen street (c-73 GMDC)
East Elmhurst, N.Y. 11370

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _X_   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _X_   No ___   Do Not Know ___

If YES, which claim(s)? Watch, Shoes, Sneakers, Hoody, Sweater, etc.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _X_   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____

_____

2. What was the result, if any? _____

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: The reason why i havent file a grievance is because i didnt find out until i was release that my belongings were lost.

_____

2. If you did not file a grievance but informed any officials of your claim, state who you

*Rev. 05/2007*

4

informed, when and how, and their response, if any: <u>My girlfriend called 311 while i was still in c-73 GMDC and 311 told her that they couldnt find my belongings in the system then i was release and when i call 311 they told me the same thing that they told my girlfriend when i called.</u>

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). <u>Due to property lost, damages, lost wages, lost my job, lost my car, school removal, money i spent on my lawyer, money i spent on commissary and phone calls, my bail, pain and suffering to me and my family i would like two milion dollas.</u>

VI. **Previous lawsuits:**

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

  Yes ___  No  **X**

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

  1. Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2. Court (if federal court, name the district; if state court, name the county) _____

  3. Docket or Index number _____
  4. Name of Judge assigned to your case _____
  5. Approximate date of filing lawsuit _____
  6. Is the case still pending? Yes ___ No ___
     If NO, give the approximate date of disposition _____
  7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
  Yes ___  No **X**

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1. Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2. Court (if federal court, name the district; if state court, name the county) _____

  3. Docket or Index number _____
  4. Name of Judge assigned to your case _____
  5. Approximate date of filing lawsuit _____
  6. Is the case still pending? Yes ___ No ___
     If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **3rd** day of **MARCH**, 20**12**.

　　　　　　　　　　　　　Signature of Plaintiff   *Uma Ketter*
　　　　　　　　　　　　　Inmate Number           349-12-00552
　　　　　　　　　　　　　Institution Address     125 White street (MDC)
　　　　　　　　　　　　　　　　　　　　　　　　 New York, N.Y. 10013

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **3rd** day of **MARCH**, 20**12**, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

　　　　　　　　　　　　　Signature of Plaintiff:  *Uma Ketter*

*Rev. 05/2007*

7