UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMA KETTER
BOOK & CASE # 349-12-00552

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

POLICE OFFICER KENSINGTON CUNNINGHAM
SHIELD NUMBER 06374

NEW YORK CITY POLICE DEPARTMENT
("NYPD"), 76th PRECINCT, 191 UNION ST.,
BROOKLYN, NEW YORK 11231

```
,DC SDNY
 CUMENT
  CTRONICALLY FILED
#:
FILED: 11/9/12
```

AMENDED
COMPLAINT

12 civ 1767 (PAC)(GWG)

Jury Trial: ☒ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

## I.  Parties in this complaint:

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name __UMA KETTER ID# 349-12-00552__
               Street Address __09-09 HAZEN STREET (GRVC)__
               County, City __EAST ELMHURST__
               State & Zip Code __NEW YORK, 11370__
               Telephone Number _____

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2007*                                                  1

Defendant No. 1   Name __KENSINGTON CUNNINGHAM   SHIELD# 06374__
　　　　　　　　　Street Address __191 UNION STREET__   __(76th pct.)__
　　　　　　　　　County, City __BROOKLYN__
　　　　　　　　　State & Zip Code __NEW YORK, 11231__
　　　　　　　　　Telephone Number __(718)834-3211__

Defendant No. 2   Name _____
　　　　　　　　　Street Address _____
　　　　　　　　　County, City _____
　　　　　　　　　State & Zip Code _____
　　　　　　　　　Telephone Number _____

Defendant No. 3   Name _____
　　　　　　　　　Street Address _____
　　　　　　　　　County, City _____
　　　　　　　　　State & Zip Code _____
　　　　　　　　　Telephone Number _____

Defendant No. 4   Name _____
　　　　　　　　　Street Address _____
　　　　　　　　　County, City _____
　　　　　　　　　State & Zip Code _____
　　　　　　　　　Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.　What is the basis for federal court jurisdiction? *(check all that apply)*

　　☐ Federal Questions　　　　☐ Diversity of Citizenship

B.　If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.　If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

　　Plaintiff(s) state(s) of citizenship _____
　　Defendant(s) state(s) of citizenship _____

*Rev. 05/2007*　　　　　　　　　　　　2

D. FACTS:

I UMA KETTER was arrested on April 26th, 2011 when i turned my self in to a detective at the 76th precint for attempt assault, i made bail on the 27th of April 2011 and was release from Rikers Island the next day April 28th, 2011.

Soon as i got home that morning (4-28-11) police officer KENSINGTON CUNNINGHAM, shield # 06374 a black male about 190-205 pounds, 5'9-5'10 at height and wears a light hair cut, and was working at the 76th pct. at the time of t5he arrest. My parole officer MARK LIFF shield # N/A from Brooklyn 3 division of parole came to my home with the police officer, police officer KENSINGTON CUNNINGHAM, shild # 06374 arrested me for an active order of protection and my parole officer violated me for the same charges that the police arrested me for.

When July 2011 came all criminal charges were dismiss in the county of kings criminal court. Then parole tried to make me take a 15 month violation, i told them that i was innocent and showed them my disposition and they act as if it didnt mean anything, so i contested the parole final hearing and won. All charges were dismiss and the warrant was lifted a whole 4 months later after the criminal charges were dismiss in july and i was release November 22nd, 2011.
My mother Angie Ketter, my uncle David Madison and my friend Raheem Clark seen everything that happened that morning at my apartment and those are my witnesses

Ive lost my job, my car, removal of school, property lost, lost wages, damages, pain and suffering to me and my family. Lots of money went to lawyers, commissary, phone calls, bail, and due to me being in jail cause my girlfriend and i to split from our relationship.

3

D. Facts: _____

**What happened to you?**

_____
_____
_____
_____
_____
_____

**Who did what?**

_____
_____
_____
_____
_____

**Was anyone else involved?**

_____
_____
_____
_____
_____

**Who else saw what happened?**

_____
_____
_____
_____

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____
_____
_____
_____
_____
_____

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _X_    No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

__Rikers Island 15-15 Hazen street (c-73 GMDC)__

~~East Elmhurst, N.Y. 11370~~

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes _x_   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes _x_   No ___   Do Not Know ___

   If YES, which claim(s)? __Watch, Shoes, Sneakers, Hoody, Sweater, etc.__

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes _x_   No ___

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

   1. Which claim(s) in this complaint did you grieve? _____

   2. What was the result, if any? _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: __The reason why i havent file a grievance is because i didnt find out until i was release that my belongings were lost.__

   2. If you did not file a grievance but informed any officials of your claim, state who you

Rev. 05/2007                              4

informed, when and how, and their response, if any: <u>My girlfriend called</u> <u>311 while i was stillin c-73 GMDC and 311 told her</u> <u>that they couldnt find my belongings in the system</u> <u>then i was release and when i call 311 they told me</u> <u>the same thing that they told my girlfriend when i called.</u>

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). <u>Due to property lost, damages,</u> <u>lost wages, lost my job, lost my car, school removal,</u> <u>money i spent on my lawyer, money i spent on commissary</u> <u>and phone calls, my bail, pain and suffering to me and my</u> <u>family i would like two milion dollas.</u>

VI. **Previous lawsuits:**

<div style="float:left">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No  X

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ___  No ___

      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ___  No  X

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ___  No ___

      If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **2nd** day of **June**, 20**12**.

Signature of Plaintiff _Uma Ketter_

Inmate Number  349-12-00552

Institution Address  **09-09 Hazen st. (GRVC)**

**Esat Elmhurst, N.Y. 11370**

_____

_____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **2nd** day of **June**, 20**12**, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Uma Ketter_